ROGER L. EWART, FIDUCIARY AND TRANSFEREE OF THE ASSETS OF THE ESTATE OF BLANCHE L. EWART, DECEASED, TRANSFEROR, PETITIONER v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 27544–83.     Filed May 20, 1985.

By order dated August 30, 1985, this opinion filed May 20, 1985, was withdrawn, and order and decision entered May 22, 1985, was vacated and set aside. Revised opinion appears at 85 T.C. _____ (October 8, 1985).

Pages 913–918 have been

deleted from this volume.